IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 19-cv-01022-CRB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE** |

    Plaintiff Jason Levette Washington filed this action on February 22, 2019. Dkt. 1. On June 28, 2019, Defendant City of Oakland filed a Motion to Dismiss (Dkt. 11), and on July 22, 2019, Defendant Oakland Unified School District and Officers Fregoso, Moore, and Sanders filed a second Motion to Dismiss (Dkt. 18). Plaintiff's responses to those motions were due on July 12, 2019, and August 5, 2019, respectively. Dkts. 11, 18. Plaintiff has not filed any response.

    On August 19, 2019, the Court issued an Order to Show Cause Why Case Should Not be Dismissed (Dkt. 21). That Order noted that Plaintiff had failed to respond to either motion, and instructed Plaintiff to show cause why the case should not be dismissed for failure to prosecute, see Fed. R. Civ. P. 41(b); see also Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005) (court may dismiss action pursuant to Rule 41(b) sua sponte for failure to prosecute), on or before August 26, 2019. Plaintiff has not filed any response to that Order.

    Thus, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES the case WITH PREJUDICE for failure to prosecute and directs the Clerk to close this case

and enter Judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 27, 2019



CHARLES R. BREYER
United States District Judge