IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 19-cv-01022-CRB<br><br>**JUDGMENT** |

The Court, having dismissed the claims against Defendants for failure to prosecute, hereby enters JUDGMENT in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 27, 2019

CHARLES R. BREYER
United States District Judge